**Opinion issued January 29, 2019**



In The

# Court of Appeals

### For The

# First District of Texas

———————————

## NO. 01-18-01133-CR

———————————

## IN RE JAMES MARCUS MILES, Relator

———

### Original Proceeding on Petition for Writ of Habeas Corpus

———

## MEMORANDUM OPINION

Relator James Marcus Miles seeks habeas corpus relief "for free copy of the statement of facts in the above-styled cause, on appeal."[1] Relator has also filed a motion to appeal as indigent and a motion for bail or bond. We dismiss for want of jurisdiction.

---

[1] The underlying case is *The State of Texas v. James Marcus Miles*, cause number 1578944, pending in the 179th District Court of Harris County, Texas, the Honorable Randy Roll presiding.

An appellate court may issue a writ of habeas corpus when a person's liberty is restrained by an order issued by a court based on violation of a previous order entered by a court in a civil case. *See* TEX. GOV'T CODE § 22.221(d). Appellant is not complaining that his liberty is restrained by an order signed by a trial court in a civil case. Therefore, this Court is without jurisdiction to issue the relief requested in this petition. *See, e.g., In re Thomas*, No. 01–15–00786–CR, 2015 WL 6081429, at * 1 (Tex. App.—Houston [1st Dist.] Oct. 13, 2015, orig. proceeding) (dismissing for want of jurisdiction petition for writ of habeas corpus seeking relief in criminal case).

If an appeal had been filed in this Court, we could construe this petition as a motion to obtain a free record. But no appeal of a conviction with this trial court cause number has been filed in this court.

Accordingly, the petition is dismissed for want of jurisdiction. Any pending motions are denied.

## PER CURIAM

Panel consists of Justices Lloyd, Kelly, and Hightower.
Do not publish.  TEX. R. APP. P. 47.2(b).

2